UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JONATHON M. KROKSTROM,

    Plaintiff,

v.

    Case No. 22-cv-1172-pp

KILOLO KIJAKAZI,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR REMAND (DKT. NO. 23), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

---

On May 25, 2023, the parties filed a stipulated motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 23. The court **GRANTS** the stipulated motion for remand, and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED** and this case is **REMANDED** to the Commissioner. On judicial remand, the Administrative Law Judge will obtain psychological or psychiatric evidence, give further consideration to the opinion evidence, reconsider the plaintiff's residual functional capacity, obtain vocational expert evidence as warranted, offer the plaintiff the opportunity for a hearing, take any further action necessary to complete the administrative record, and issue a new decision.

Dated in Milwaukee, Wisconsin this 26th day of May, 2023.

                              BY THE COURT:

                              _____
                              HON. PAMELA PEPPER
                              **Chief United States District Judge**